FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:36 pm, Jul 22, 2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 614-026 |
| | ) | |
| REID GARRETT SAPP | ) | |

## ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the government's motion to seal Exhibit C to its response to defendant's motion for compassionate release, the government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibit C, with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 22 day of July 2020.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA